## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

SIMONE ALLEN,

    Plaintiff - Appellant,

v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant - Appellee.

No.  05-17090
D.C. No.  CV-04-05244-LJO

**ORDER**

This appeal has been taken in good faith  [  ]

This appeal is not taken in good faith    [ **x** ]

Explanation: <u>In his underlying decision, the Administrative Law Judge</u>

<u>properly evaluated plaintiff-appellant's credibility and alleged</u>

<u>impairments and the medical record and properly concluded plaintiff-</u>

<u>appellant is not disabled.</u>

Magistrate Judge
United States District Court

Date: November 28, 2005